# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1141

_____

James E. Horvath,                        *

                                 *

         Appellant,              *

                                 *

      v.                        *   Appeal from the United States

                                 *   District Court for the

Mavis Neal, individually, and in     *   Eastern District of Arkansas.

conspiracy with the other defendants;  *

William F. Smith, also known as     *

Trey Smith, individually, and in his    *   [UNPUBLISHED]

official capacity as City Attorney for  *

City of Russellville; Raye Turner,    *

individually, and officially as       *

representatives of City of Russellville, *

which includes Mayor, and members  *

of City Council of Russellville;     *

Cliff Kirchner, individually, and    *

officially as representatives of City  *

of Russellville, which includes Mayor, *

and members of City Council of    *

Russellville; Robert Wiley,        *

individually, and officially as      *

representatives of City of Russellville, *

which includes Mayor, and members of *

City Council of Russellville; Faye   *

Abernathy, individually, and officially *

as representative of City of Russellville, *

which includes Mayor, and members of *

City Council of Russellville; Rick   *

Harrell, individually, and officially as *

representatives of City of Russellville, *

which includes Mayor, and members  *

of City Council of Russellville; Paul   *
Gray, individually, and officially as   *
representatives of City of Russellville,   *
which includes Mayor, and members of   *
City Council of Russellville; Ronnie   *
Tripp, individually, and officially as   *
representatives of City of Russellville,   *
which includes Mayor, and members of   *
City Council of Russellville; Andrea   *
Lea, individually, and officially as   *
representatives of City of Russellville,   *
which includes Mayor, and members   *
of City Council of Russellville; Tyrone   *
Williamson, individually, and officially   *
as representatives of City of   *
Russellville, which includes Mayor,   *
and members of City Council of   *
Russellville; Don Bourne, individually,   *
and officially as Russellville District   *
Court Judge; Judy Duvall, individually   *
and officially as Court Clerks for the   *
Russellville District Court; Tish Rehm,   *
individually and officially as Court   *
Clerks for the Russellville District   *
Court; Mary Bradley, individually and   *
officially as Court Clerks for the   *
Russellville District; Ashlea Kilburn,   *
individually and officially as Court   *
Clerks for the Russellville District   *
Court,   *
  *
         Appellees.   *

_____

Submitted: September 7, 2005
Filed: November 7, 2005
_____

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.
_____

PER CURIAM.

James E. Horvath appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action. After de novo review, see Charchenko v. City of Stillwater, 47 F.3d 981, 982-83 (8th Cir. 1995), we affirm because Horvath's claims were barred either by the Rooker-Feldman[2] doctrine, see Exxon Mobil Corp. v. Saudi Basic Indus. Corp., 125 S. Ct. 1517, 1523, 1526 & n.8 (2005) (Rooker-Feldman doctrine recognizes that with the exception of habeas corpus petitions, 28 U.S.C. § 1331 does not allow district courts appellate jurisdiction over state-court judgments), or by res judicata, see id. at 1527 (federal court has to give same preclusive effect to a state-court judgment as another court of that State would give); Wells v. Ark. Pub. Serv. Comm'n, 616 S.W.2d 718, 719 (Ark. 1981) (elements of res judicata). See 8th Cir. R. 47B.

_____

---

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

[2]See Rooker v. Fid. Trust Co., 263 U.S. 413 (1923); D.C. Ct. of Appeals v. Feldman, 460 U.S. 462 (1983).

-3-